UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

United States of America,

                           Plaintiff,

-against-

                                                  Case No. 7:90-cr-845

David Horne

                           Defendant.

---------------------------------------------------------------x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: _August 26, 2022_
Poughkeepsie, New York

SO ORDERED.

_/s/ Martin R. Goldberg_
Hon. Martin R. Goldberg
United States Magistrate Judge